Summons in a Civil Action (Rev 11/97)

# United States District Court
### SOUTHERN DISTRICT OF CALIFORNIA

BARBARA HUBBARD,
Plaintiff,

vs

SUNRISE BUFFET SAN YSIDRO,
INC. dba SUNRISE BUFFET; FS
SAN YSIDRO;
Defendants.

**FILED**
JUL 3 0 2008
CLERK, U.S. DISTRICT COURT
SOUTHERN DISTRICT OF CALIFORNIA
BY _____ DEPUTY

SUMMONS IN A CIVIL ACTION

Case No. '08 CV 1384 LAB POR

TO: (Name and Address of Defendant)

   YOU ARE HEREBY SUMMONED and required to file with the Clerk of this Court and serve upon PLAINTIFF'S ATTORNEY

Lynn Hubbard, III, SBN 69773
DISABLED ADVOCACY GROUP, APLC
12 Williamsburg Lane, Chico, CA  95926
(530) 895-3252

An answer to the complaint which is herewith served upon you, within ___20___ days after service of this summons upon you, exclusive of the day of service. If you fail to do so, judgment by default will be taken against you for the relief demanded in the complaint.

JUL 3 0 2008

_____         _____
           W. Samuel Hamrick, Jr.                              DATE
                  CLERK

By _____LLOYD_____, Deputy Clerk

Summons in a Civil Action

::ODMA\PCDOCS\WORDPERFECT\14443\1 May 5, 1999 (11:34am)